FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2014 JAN -2 PM 2: 20

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MOHAMMAD DADKHAH,               )
                                )
        Plaintiff,              )
                                )
v.                              )        CASE NO. CV413-266
                                )
UNITED STATES OFFICE OF         )
PERSONNEL MANAGEMENT,           )
                                )
        Defendant.              )
_____)

## O R D E R

Before the Court is Plaintiff's Motion to Dismiss Case. (Doc. 3.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendant has not filed an answer in this case, this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 2ND day of January  2013.

WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA